**Opinion issued February 7, 2023**



In The

# Court of Appeals

For The

# First District of Texas

———————————

**NO. 01-23-00033-CV**

———————————

**IN RE DEVAN POOL, Relator**

---

**Original Proceeding on Petition for Writ of Habeas Corpus**

---

## MEMORANDUM OPINION

Relator Devan Pool has filed a petition for writ of habeas corpus, contending that the protective order issued by the trial court on July 6, 2021 is void. [1]

We deny the petition for writ of habeas corpus. TEX. R. APP. P. 52.8(a).

## PER CURIAM

Panel consists of Chief Justice Adams and Justices Countiss and Rivas-Molloy.

---

[1]     The relator's petition does not provide the name or cause number of the underlying trial court proceeding, but he asserts that it is pending in the 280th District Court of Harris County, Texas, the Honorable Barbara Stalder, presiding.